UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------- :
JERMAINE EDMONDS,                                       :
                                                        : CASE NO. 4:13 CV 00301
            Petitioner,                                 :
                                                        :
         -vs-                                           : MEMORANDUM OF OPINION AND
                                                        : ORDER DISMISSING PETITION
MICHAEL PUGH, Warden,                                   :
                                                        :
            Respondent.                                 :
------------------------------------------------------- :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

On 11 February 2013, petitioner *pro se* Jermaine Edmonds filed the above-captioned habeas corpus action under 28 U.S.C. § 2241.  Mr. Edmonds challenges his continuing pretrial incarceration on criminal charges in the United States District Court for the Western District of Pennsylvania.  Any such challenge, however, must be raised in that pending case.  See United States v. Jermaine Edmonds, W.D. Pa. Case No. 2:12 CR 232.

Accordingly, the petition is denied and this action is dismissed pursuant to 28 U.S.C. § 2243.  The court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

                                      /s/ Lesley Wells
                                      UNITED STATES DISTRICT JUDGE

Date:  22 July 2013